IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Petitioner, | § | |
| v. | § | CIVIL NO. B-09-158 |
| KENSON LIMA, | § | |
| A# 095-585-808, | § | |
| Respondent. | § | |

## ORDER

BE IT REMEMBERED, that on July 1, 2009, the Court **GRANTED** Petitioner United States of America's Emergency Motion for a Temporary Restraining Order or for a Preliminary Injunction. Dkt. No. 2.

The Court **ORDERS** that a suitably trained medical professional is authorized to monitor Respondent Kenson Lima's vital signs and administer to Respondent whatever intravenous fluids are deemed necessary to prevent life-threatening dehydration. This Temporary Restraining Order will expire on Monday, July 6, 2009, at 1:00 p.m., unless otherwise ordered by the Court.

The Court **APPOINTS** Jodilyn Marie Goodwin, 1322 E. Tyler Ave., Harlingen, Texas, 78550, to represent the interests of Respondent Kenson Lima for the limited purpose of this action.

The Court **ORDERS** a telephonic status conference with the Parties and with a medical representative of Port Isabel Detention Center to discuss the necessity and implementation of this Order on Thursday, July 2, 2009, at 12:00 p.m. The Court's case manager will initiate the call to the Parties.

The Court **ORDERS** a hearing on the Petitioner's request for a Preliminary Injunction, to be held on July 6, 2009, at 10:00 a.m.

DONE at Brownsville, Texas, on July 1, 2009.

Hilda G. Tagle
United States District Judge